# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LIONEL SORRELLS,**

      **Defendant-Petitioner,**

                              Civil Case No. 05-70232
                              Criminal Case No. 02-80810

**v.**

                              **HONORABLE DENISE PAGE HOOD**

**UNITED STATES OF AMERICA,**

      **Plaintiff-Respondent.**

_____/

## JUDGMENT

    In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

    Accordingly, judgment is entered in favor of Respondent and against Petitioner.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

Approved:                                    By: s/ Wm. F. LEWIS
                                                   Deputy Clerk

 /s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  July 25, 2005

Detroit, Michigan